UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-81113-CIV-MARRA/JOHNSON

IN RE PEGASUS WIRELESS
CORPORATION SECURITIES
LITIGATION
_____/

**ORDER**

**THIS CAUSE** is before the Court upon Lead Plaintiff's Unopposed Motion For Leave to File a 35-Page Consolidated Response to the Motions to Dismiss of Defendants Chich-Hsing ("Alex") Tsao and Nicholas Peraticos [DE 148]. Because of the heightened pleading standards that must be met in this case, and because both Tsao and Peraticos each argue that the element of scienter and control person status has not been adequately alleged, among other things, the Court requires separate responses be filed by Lead Plaintiff in order for the Court to analyze properly the issues as to each defendant. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that said motion **[DE 148] is DENIED.** Lead Plaintiff's responses may be filed on or before October 27, 2008.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 17th day of October, 2008.

KENNETH A. MARRA
United States District Judge

copies to:
All counsel of record