UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No. 9:07-CV-81113-KAM

IN RE: PEGASUS WIRELESS
CORPORATION SEC. LITIG.
_____/

**DEFENDANT PERATICOS' MOTION TO DISMISS
CLASS ACTION WITH PREJUDICE**

Defendant Nicholas Peraticos ("Peraticos"), by and through his undersigned counsel, hereby files this Motion to Dismiss the Class Action With Prejudice, and in support thereof, states as follows:

1. On September 21, 2009, the Court entered an Order granting without prejudice Defendant Peraticos' Motion to Dismiss the Consolidated Amended Class Action Complaint [the "September 21 Order", D.E. 141].

2. The Court's September 21 Order afforded Plaintiffs 20 days from the date of the Order to file a Second Amended Complaint.

3. More than 20 days have passed since the Court's September 21 Order, and Plaintiffs have not filed a Second Amended Complaint.

WHEREFORE, Defendant Peraticos respectfully requests that this Court dismiss this action against him with prejudice.

Dated:  October 23, 2009

Respectfully submitted,

HOLLAND & KNIGHT LLP

By: s/Louise McAlpin
Tracy A. Nichols (FBN 454567)
tracy.nichols@hklaw.com
Louise McAlpin (FBN 983810)
louise.mcalpin@hklaw.com
701 Brickell Avenue, Suite 3000
Miami, Florida  33131
Tel. (305) 374-8500
Fax (305) 789-7799

*Attorneys for Defendant Nicholas Peraticos*

2

3

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 23, 2009, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

                                                s/ Louise McAlpin
                                                  Louise McAlpin