UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No. 9:07-CV-81113-KAM

IN RE PEGASUS WIRELESS
CORP. SEC. LITIG.
_____/

### DEFENDANT CHICH-HSING TSAO'S
### MOTION TO DISMISS CLASS ACTION WITH PREJUDICE

Defendant Chich-Hsing ("Alex") Tsao ("Dr. Tsao") hereby files this Motion to Dismiss this Class Action With Prejudice, and in support thereof, states as follows:

1. On September 21, 2009, this Court entered an Order (DE 192), granting Dr. Tsao's motion to dismiss without prejudice and affording the Plaintiffs 20 days from the date of the Order to file a Second Amended Complaint.

2. Plaintiffs' Second Amended Complaint thus was due on or before October 12, 2009.

3. As of the date hereof, well after the expiration of the 20 days afforded by this Court, Plaintiffs have not filed a Second Amended Complaint or taken any other action in this case.

4. On October 23, 2009, as a result of Plaintiffs' failure to file a Second Amended Complaint after this Court granted Co-Defendant Nicholas Peraticos' ("Peraticos") motion to dismiss without prejudice (DE190), Co-Defendant Peraticos filed a motion to dismiss with prejudice for the same reasons set forth herein (DE 195).

WHEREFORE, Dr. Tsao respectfully requests this Court to enter an Order dismissing this action against him with prejudice.

Dated: November 4, 2009

Respectfully submitted,

Defendant Chich-Hsing Alex Tsao

/s Edward M. Mullins
Edward M. Mullins, Florida Bar No. 863920
emullins@astidavis.com
**ASTIGARRAGA DAVIS MULLINS & GROSSMAN, PA**
701 Brickell Avenue, 16th Floor
Miami, Florida 33131
Telephone: (305) 372-8282
Facsimile: (305) 372-8202

*Attorneys for Defendant Chich-Hsing Alex Tsao*

## CERTIFICATE OF SERVICE

I hereby certify that on November 4, 2009, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing is being served on all counsel or parties of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/ Edward M. Mullins
Edward M. Mullins

Case No. 9:07-CV-81113-KAM

# SERVICE LIST
### In Re Pegasus Wireless Corporation Securities Litigation
### Case No.: 9:07-cv-81113-KAM

*Served Electronically:*

**Catherine Gauthier**
Kahn Gauthier Swick LLC
650 Poydras Street
Suite 2150
New Orleans, LA 70130
catherine.gauthier@kgscounsel.com

**Jeffrey Robert Geldens**
Broad and Cassel
2 South Biscayne Boulevard
21st Floor
Miami, FL 33131-1811
305-373-9400
305-373-9443 (fax)
JGeldens@BroadandCassel.com

**Lewis Kahn**
Kahn Gauthier Swick LLC
650 Poydras Street
Suite 2150
New Orleans, LA 70130
504-455-1400
lewis.kahn@kgscounsel.com

**Mark P. Kindall**
Schatz Izard Nobel LLP
20 Church Street
Suite 1700
Hartford, CT 06103
860-493-6292
mkindall@izardnobel.com

**Nancy A. Kulesa**
Schatz Izard Nobel LLP
20 Church Street
Suite 1700
Hartford, CT 06103
860-493-6292
860-493-6290 (fax)
nkulesa@izardnobel.com

**Norman Malinski**
Norman Malinski
2875 NE 191st Street
Suite 508
Aventura, FL 33180
305-937-4242
937-4261 (fax)
nmpa@att.net

**Louise McAlpin**
Holland & Knight
701 Brickell Avenue
Suite 3000
Miami, FL 33131
305-789-7715
789-7799 (fax)
louise.mcalpin@hklaw.com

**Kim E. Miller**
Kahn Gauthier Swick LLC
12 E 41st Street
12th Floor
New York, NY 10017
212-696-3730
kim.miller@kgscounsel.com

**Daniel Stuart Newman**
Broad & Cassel
2 S Biscayne Boulevard
One Biscayne Tower 21st Floor
Miami, FL 33131
305-373-9467
995-6387 (fax)
Dnewman@broadandcassel.com

ASTIGARRAGA DAVIS MULLINS & GROSSMAN, P.A.

**Jeffrey S. Nobel**
Izard Nobel LLP
20 Church Street
Suite 1700
Hartford, CT 06103
860-493-6292
jnobel@izardnobel.com


**Michael A. Swick**
Kahn Gauthier Swick LLC
12 E 41st Street
12th Floor
New York, NY 10017
michael.swick@kgscounsel.com

**Julie Prag Vianale**
Vianale & Vianale
2499 Glades Road
Suite 112
Boca Raton, FL 33431
561-392-4750
392-4775 (fax)
jvianale@vianalelaw.com

### *Served By Regular Mail:*

**Michael David Braun**
Braun Law Group, P.C.
12304 Santa Monica Boulevard
Suite 109
Los Angeles, CA 90025

**David A.P. Brower**
Brower Piven, A Professional Corporation
8th Floor
488 Madison Ave
New York, NY 10022

**Aaron H. Darsky**
Schubert & Reed LLP
Three Embarcadero Center
Suite 1650
San Francisco, CA 94111

5

Case No. 9:07-CV-81113-KAM

**Jeffrey S. Nobel**
Izard Nobel LLP
20 Church Street
Suite 1700
Hartford, CT 06103
860-493-6292
jnobel@izardnobel.com

**Michael A. Swick**
Kahn Gauthier Swick LLC
12 E 41st Street
12th Floor
New York, NY 10017
michael.swick@kgscounsel.com

**Julie Prag Vianale**
Vianale & Vianale
2499 Glades Road
Suite 112
Boca Raton, FL 33431
561-392-4750
392-4775 (fax)
jvianale@vianalelaw.com

*Served By Regular Mail:*

**Michael David Braun**
Braun Law Group, P.C.
12304 Santa Monica Boulevard
Suite 109
Los Angeles, CA 90025

**David A.P. Brower**
Brower Piven, A Professional Corporation
8th Floor
488 Madison Ave
New York, NY 10022

**Aaron H. Darsky**
Schubert & Reed LLP
Three Embarcadero Center
Suite 1650
San Francisco, CA 94111

5

Case No. 9:07-CV-81113-KAM

**Jeffrey S. Nobel**
Izard Nobel LLP
20 Church Street
Suite 1700
Hartford, CT 06103
860-493-6292
jnobel@izardnobel.com

**Michael A. Swick**
Kahn Gauthier Swick LLC
12 E 41st Street
12th Floor
New York, NY 10017
michael.swick@kgscounsel.com

**Julie Prag Vianale**
Vianale & Vianale
2499 Glades Road
Suite 112
Boca Raton, FL 33431
561-392-4750
392-4775 (fax)
jvianale@vianalelaw.com

*Served By Regular Mail:*

**Michael David Braun**
Braun Law Group, P.C.
12304 Santa Monica Boulevard
Suite 109
Los Angeles, CA 90025

**David A.P. Brower**
Brower Piven, A Professional Corporation
8th Floor
488 Madison Ave
New York, NY 10022

**Aaron H. Darsky**
Schubert & Reed LLP
Three Embarcadero Center
Suite 1650
San Francisco, CA 94111

5

Case No. 9:07-CV-81113-KAM

**Juden Justice Reed**
Schubert & Reed
2 Embarcadero Center
Suite 1660
San Francisco, CA 94111

**Michael Robert Reese**
Gutride Safier LLP
230 Park Avenue
Suite 963
New York, NY 10169

**Seth Adam Safier**
Gutride Safier LLP
835 Douglass Street
San Francisco, CA 94111

**Andrew Schatz**
Schatz & Nobel
330 Main Street
Hartford, CT 06106-1851

**Robert C. Schubert**
Schubert & Reed LLP
3 Embarcadero Center
Suite 1650
San Francisco, CA 94111