UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-81113-CIV-MARRA/JOHNSON

IN RE PEGASUS WIRELESS
CORPORATION SECURITIES
LITIGATION
_____/

## FINAL JUDGMENT DISMISSING CASE

THIS CAUSE is before the Court upon Defendant Peraticos' Motion to Dismiss Class Action With Prejudice [DE 195] and Defendant Chich-Hsing Tsao's Motion to Dismiss Class Action With Prejudice [DE 197].  No responses to the motions have been filed by Plaintiffs.

On September 21, 2009, this Court entered several orders granting defendants' motions to dismiss.  *See* DE Nos. 189, 190, 191 & 192.  The Court afforded Plaintiffs 20 days from the date of the Order to file a Second Amended Complaint.  As of this date, Plaintiffs have not filed a Second Amended Complaint.

In addition, Plaintiffs have neither responded to the instant motions to dismiss, nor sought any extensions of time to comply with Court orders or engage in motion practice.  Plaintiffs appear to have abandoned their cause.  Accordingly, it is hereby

ORDERED AND ADJUDGED that Defendant Peraticos' Motion to Dismiss Class Action With Prejudice [DE 195] is GRANTED; and Defendant Chich-Hsing Tsao's Motion to Dismiss Class Action With Prejudice [DE 197] is GRANTED.  There being no operative complaint in this action, this case is CLOSED.  Any pending motions are

denied as moot.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 15th day of March, 2010.

                                                  KENNETH A. MARRA
                                                  United States District Judge

copies to:

All counsel of record
Magistrate Judge Linnea R. Johnson