UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-81113-CIV-MARRA/JOHNSON

IN RE PEGASUS WIRELESS
CORPORATION SECURITIES
LITIGATION
_________________________/

**AMENDED FINAL JUDGMENT DISMISSING CASE**

THIS CAUSE is before the Court upon Defendant Peraticos' Motion to Dismiss Class Action With Prejudice [DE 195] and Defendant Chich-Hsing Tsao's Motion to Dismiss Class Action With Prejudice [DE 197]. No responses to the motions have been filed by Plaintiffs.

On September 21, 2009, this Court entered several orders granting defendants' motions to dismiss. *See* DE Nos. 189, 190, 191 & 192. The Court afforded Plaintiffs 20 days from the date of the Order to file a Second Amended Complaint. As of this date, Plaintiffs have not filed a Second Amended Complaint. Accordingly, it is hereby

ORDERED AND ADJUDGED that Defendant Peraticos' Motion to Dismiss Class Action With Prejudice [DE 195] is GRANTED; and Defendant Chich-Hsing Tsao's Motion to

Dismiss Class Action With Prejudice [DE 197] is GRANTED. There being no operative complaint in this action, this case is CLOSED. Any pending motions are denied as moot.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 1st day of April, 2010.

KENNETH A. MARRA
United States District Judge

copies to:

All counsel of record
Magistrate Judge Linnea R. Johnson